FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

SPOKANE RIVERKEEPER,

                        Plaintiff,

                v.

DARIGOLD, INC.,

                        Defendant.

NO.  2:18-CV-00357-SAB

**ORDER DISMISSING ACTION;**

**CLOSING FILE**

        Before the Court is the parties' Stipulated Motion for Order of Dismissal With Prejudice, ECF No. 22. The parties ask the Court to enter an order dismissing the above-captioned matter.

//
//
//
//
//
//
//
//
//
//
//
//

**ORDER DISMISSING ACTION; CLOSING FILE ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Order of Dismissal With Prejudice, ECF No. 22, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned matter is **DISMISSED** with prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and **close the file**.

**DATED** this 14th day of April 2020.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 2